```
                                                        FILED

                                                        NOV 21 2014

                                                   RICHARD W. WIEKING
                                                 CLERK, U.S. DISTRICT COURT
                                               NORTHERN DISTRICT OF CALIFORNIA
                                                         SAN JOSE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYMAR STANTON ADAMS,<br><br>    Petitioner.<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION, et al.,<br><br>    Respondents. | No. C 14-04673 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On October 16, 2014, Petitioner, a federal prisoner, filed a petition for writ of mandamus pursuant to 28 U.S.C. § 1361.[1] On the same day, the Clerk sent Petitioner a notice that he must either pay the filing fee or file an In Forma Pauperis ("IFP") Application. (Docket No. 3.) Petitioner was provided a copy of the court's form application, and directed to respond within twenty-eight days or face dismissal of the action. (*Id.*)

On November 3, 2014, Petitioner filed an IFP application which is deficient because he failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 8.) In the interest of justice, Petitioner

---

[1] This matter was reassigned to this Court on October 29, 2014. (*See* Docket No. 6.)

shall be granted an extension of time to file the missing document in order to complete his IFP application. Petitioner shall file the necessary document **no later than twenty-eight (28) days** from the date this order is filed. In the alternative, Petitioner may pay the full $400 filing fee.

**Failure to file a response in the time provided will result in a denial of *pauper* status and dismissal of the action without further notice to Petitioner.**

IT IS SO ORDERED.

DATED: 11-21-2014

BETH LABSON FREEMAN
United States District Judge

Order Granting Ext. Of Time to Complete IFP
P:\PRO-SE\BLF\HC.14\04673Adams_eot-ifp.wpd                2